CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 04 2014

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

**SOUTHERN COAL CORPORATION,**

**Plaintiff,**

**v.**

**Case No. 7:14cv00030**

**IEG PTY, LTD,**

**Defendant.**

**ORDER**

Plaintiff Southern Coal Corporation, by counsel and pursuant to 28 U.S.C. § 1404(a), filed an Unopposed Motion to Transfer Venue to the United States District Court for the Eastern District of Virginia (ECF No. 54) on November 21, 2014, requesting the Court to transfer the above captioned case. That motion is not opposed by the only other party in this case, Defendant IEG PTY, LTD.

Having considered the instant motion and the attendant Memorandum in its Support (ECF No. 55), the Court FINDS that the convenience of the parties and witnesses and the interest of justice are served by a transfer of venue. The Court also FINDS that this action could have been brought in the Norfolk Division of the Eastern District of Virginia. It is therefore ORDERED that Plaintiff's Motion to Transfer be GRANTED, and this action is hereby TRANSFERRED to the Norfolk Division of the United States District Court for the Eastern District of Virginia.

It is so ORDERED.

/s/ Michael F. Urbanski 12/4/14

Michael F. Urbanski
United States District Judge
Date: ________

I-1301756.1